10088. PARR-WOOD FURNITURE CO. *v.* ROBERSON, GARRETT & CO.

BLOODWORTH, J. The motion for a new trial contains the usual general grounds only. The defendant introduced no evidence. The evidence for the plaintiff demanded a verdict in his favor, and the motion for a new trial was properly overruled.

*Judgment affirmed. Broyles, P. J., and Stephens, J., concur.*

DECIDED APRIL 22, 1919.

Complaint; from Laurens superior court—Judge Kent. July 25, 1918.

*S. W. Sturgis,* for plaintiff in error. *Ira S. Chappell,* contra.